UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2013 DEC 18  P 3: 10

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE January 22, 2013 TERM. 13-01 | MINUTES OF COURT<br>DATE: December 18, 2013 @ 2:06 PM – 2:09 PM |
|---|---|

PRESENT:    The Honorable    Carl W. Hoffman, U.S. Magistrate Judge.

DEPUTY CLERK:    Araceli Bareng            REPORTER:    Phyllis Wright

UNITED STATES ATTORNEY:    Kate Newman    COURTROOM:    3C

A roll call of the Grand Jury is taken with **17** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:13-CR-448<br>2:13-MJ-928 PAL | SEALED (3 DEFENDANTS)<br>SEALED (1 DEFENDANT)<br>LOCAL FEDERAL CUSTODY | WARRANT<br>CUSTODY |
| 2:11-CR-442-GMN<br>3rd SUPERSEDING | DEON SMITH<br>LOCAL FEDERAL CUSTODY<br>TRIAL DATE: 1/28/2014 | CUSTODY |
| 2:13-CR-449<br>2:13-MJ-934-VCF | MIGUEL ESCAMILLA-FIGUERO<br>LOCAL FEDERAL CUSTODY | CUSTODY |
| 2:13-CR-450<br>2:13-MJ-933-PAL | ELEUTERIO TORRES, JR.<br>SERGIO ESLI RIVERA<br>JORGE MUNETON<br>MIGUEL ANGEL HERNANDEZ<br>2 DEFENDANTS - LOCAL<br>2 DEFENDANTS –LOCAL FEDERAL<br>           CUSTODY | SUMMONS<br>SUMMONS<br>CUSTODY<br>CUSTODY |
| 2:13-CR-451 | FRANCISCO CAPADO-GONZALES | WARRANT |

**IT IS ORDERED** that the Initial Appearance & Arraignment & Plea as to two Defendants on **2:13-cr-450** will be held on **Thursday, December 26, 2013 @ 3:00 PM** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A.**

**IT IS ORDERED** that the Arraignment & Plea as to one Sealed Defendant on **2:13-CR448, 2:11-CR-442, 2:13-CR-449** and two Defendants on **2:13-CR-450** will be held on **Thursday, December 26, 2013 @ 3:00 PM** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A.**

**IT IS ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk