

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Counsel for the United States of America



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-448-KJD-(CWH) |
| CARLOS LEON CABRALES,<br>a.k.a. Miguel Angel Quintero Felix,<br>a.k.a. "Bolas,"<br>JOSE LUIS BARRAGAN,<br>CARLOS JIMENEZ-MARTINEZ, and<br>JUAN CARLOS SILVA, | ) |
| Defendants. | ) |

### SEALED BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This Bill of Particulars for Forfeiture of Property is a clarification of, and is more specific than, the Forfeiture Allegations of the Criminal Indictment, and the United States hereby gives notice to the Defendants of this clarification and specificity with this Bill of Particulars concerning the Forfeiture of Property:

## FORFEITURE ALLEGATION ONE
### (Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute)

1. The allegations of Counts One through Thirteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any felony offense charged in Counts One through Thirteen of this Criminal Indictment,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"**
**JOSE LUIS BARRAGAN,**
**CARLOS JIMENEZ-MARTINEZ, and**
**JUAN CARLOS SILVA,**

defendants herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in any violations of Title 21, United States Code, Sections 841(a)(1) and 846:

    a. a Glock, Model 19 handgun, bearing serial number BDK808US;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

    d. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599; and

    e. any and all ammunition

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

. . .

## FORFEITURE ALLEGATION TWO
(Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, Possession of a Controlled Substance with Intent to Distribute, and Illegal Alien in Possession of a Firearm)

1.  The allegations of Counts One through Fourteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of any felony offense charged in Counts One through Fourteen of this Criminal Indictment,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"
JOSE LUIS BARRAGAN,
CARLOS JIMENEZ-MARTINEZ, and
JUAN CARLOS SILVA,**

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violations of Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Section 922(g)(5)(A):

   a. a Glock, Model 19 handgun, bearing serial number BDK808US;

   b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

   c. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

   d. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599; and

   e. any and all ammunition

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; Title 18, United States Code, Section 922(g)(5)(A); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

. . .

. . .

## FORFEITURE ALLEGATION THREE
### (Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute)

1. The allegations of Counts One through Thirteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any felony offense charged in Counts One through Thirteen of this Criminal Indictment,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"
JOSE LUIS BARRAGAN,
CARLOS JIMENEZ-MARTINEZ, and
JUAN CARLOS SILVA,**

defendants herein, shall forfeit to the United States of America, any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property and any proceeds traceable to such property in violations of Title 21, United States Code, Sections 841(a)(1) and 846:

    a. a Glock, Model 19 handgun, bearing serial number BDK808US;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number AP214132; and

    d. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

# FORFEITURE ALLEGATION FOUR
### (Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute)

1. The allegations of Counts One through Thirteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2. Upon conviction of any felony offense charged in Counts One through Thirteen of this Criminal Indictment,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"
JOSE LUIS BARRAGAN,
CARLOS JIMENEZ-MARTINEZ, and
JUAN CARLOS SILVA,**

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1) and 846:

   a. a Glock, Model 19 handgun, bearing serial number BDK808US;

   b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

   c. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

   d. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599;

   e. any and all ammunition; and

   f. $4,979 in United States Currency

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(1).

. . .

. . .

. . .

## FORFEITURE ALLEGATION FIVE
### (Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute)

1. The allegations of Counts One through Thirteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

2. Upon conviction of any felony offense charged in Counts One through Thirteen of this Criminal Indictment,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"
JOSE LUIS BARRAGAN,
CARLOS JIMENEZ-MARTINEZ, and
JUAN CARLOS SILVA,**

defendants herein, shall forfeit to the United States of America, any property used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, Sections 841(a)(1) and 846:

    a. a Glock, Model 19 handgun, bearing serial number BDK808US;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number AP214132;

    d. a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599;

    e. any and all ammunition; and

    f. $4,979 in United States Currency

( all of which constitutes "property").

. . .

. . .

. . .

. . .

. . .

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(2).

Dated this 7th day of January, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Daniel D. Hollingsworth*

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

## PROOF OF SERVICE

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Sealed Bill of Particulars for Forfeiture of Property on January 7, 2014, by the below identified method of service:

<u>US MAIL</u>

Brenda Weksler
Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, NV 89101
*Attorney for Carlos Leon Cabrales*

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist