AO 442 (Rev. 01/09) Arrest Warrant

9616768

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN CARLOS SILVA | ) Case No. 2:13-cr-448 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) JUAN CARLOS SILVA ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) and 846 - Conspiracy to Manufacture a Controlled Substance
21 U.S.C. 841(a)(1) and (b)(1)(B)(viii) - Possession of a Controlled Substance With Intent to Distribute

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
SEP - 2 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

December 19, 2013   Las Vegas, Nevada
DATE

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

---

**Return**

This warrant was received on (date) 12/19/13, and the person was arrested on (date) 09/02/14
at (city and state) Lv, NV

Date: 09/02/14

_____
Arresting officer's signature

_____
Printed name and title