DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6050

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUPERSEDING CRIMINAL INFORMATION |
| Plaintiff, | Case No.: 2:13-cr-448-KJD-CWH |
| vs. | VIOLATIONS:<br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(viii) – Conspiracy to Distribute a Controlled Substance – Methamphetamine;<br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2) – Illegal Alien in Possession of a Firearm;<br>8 U.S.C. § 1326 - Unlawful Re-Entry of Deported Alien |
| CARLOS LEON CABRALES,<br>a.k.a. Miguel Angel Quintero Felix,<br>a.k.a. "Bolas," | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
**Conspiracy to Distribute a Controlled Substance**

Beginning on or about June 1, 2012, and continuing up to and including November 23, 2013, in the State and Federal District of Nevada,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"
JOSE LUIS BARRAGAN,
CARLOS JIMENEZ-MARTINEZ, and
JUAN CARLOS SILVA,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with Jose Luis Barragan, Carlos Jimenez-Martinez, Juan Carlos Silva, and with individuals known and unknown, to distribute fifty (50) grams and more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii) and 846.

## COUNT TWO
### Illegal Alien in Possession of a Firearm

On or about November 23, 2013, in the State and Federal District of Nevada, **CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, being an alien who was illegally and unlawfully in the United States, did knowingly possess a Glock, Model 19 handgun, bearing serial number BDK808; a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315; a 12 gauge, Armscor shotgun, bearing serial number APZ14132; and a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599, said possession being in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT THREE
### Unlawful Re-Entry of Deported Alien

On or about November 23, 2013, in the State and Federal District of Nevada, **CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, an alien, who had been deported and removed from the United States on or about June 3, 2010, was found in the United States, having unlawfully re-entered and remained in this country without the express consent of the Attorney General or his successor, the Secretary for Homeland Security, under Title 6, United States Code, Sections 202(3) and (4) and 557, to this defendant to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326.

//

//

# FORFEITURE ALLEGATION ONE
### Conspiracy to Distribute a Controlled Substance

1. The allegations of Count One of this Superseding Criminal Information are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in any violations of Title 21, United States Code, Sections 841(a)(1) and 846:

1. a Glock, Model 19 handgun, bearing serial number BDK808;
2. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;
3. a 12 gauge, Armscor shotgun, bearing serial number APZ14132;
4. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599; and
5. any and all ammunition

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c).

//
//

## FORFEITURE ALLEGATION TWO
### Conspiracy to Distribute a Controlled Substance, and Illegal Alien in Possession of a Firearm

1. The allegations of Counts One and Two of this Superseding Criminal Information are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any felony offense charged in Count One or Two of this Superseding Criminal Information,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violations of Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Section 922(g)(5)(A):

    a. a Glock, Model 19 handgun, bearing serial number BDK808;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number APZ14132;

    d. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599; and

    e. any and all ammunition

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; Title 18, United States Code, Section 922(g)(5)(A); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION THREE
### Conspiracy to Distribute a Controlled Substance

1. The allegations of Count One of this Superseding Criminal Information are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any felony offense charged in Count One of this Superseding Criminal Information,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, shall forfeit to the United States of America, any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property and any proceeds traceable to such property in violations of Title 21, United States Code, Sections 841(a)(1) and 846:

    a. a Glock, Model 19 handgun, bearing serial number BDK808;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number APZ14132; and

    d. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c).

//
//
//

5

# FORFEITURE ALLEGATION FOUR
**Conspiracy to Distribute a Controlled Substance**

1. The allegations of Count One of this Superseding Criminal Information are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2. Upon conviction of any felony offense charged in Count One of this Superseding Criminal Information,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1) and 846:

   a. a Glock, Model 19 handgun, bearing serial number BDK808;

   b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

   c. a 12 gauge, Armscor shotgun, bearing serial number APZ14132;

   d. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599;

   e. any and all ammunition; and

   f. $4,979 in United States Currency

( all of which constitutes "property").

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(1).

//

//

//

# FORFEITURE ALLEGATION FIVE
## Conspiracy to Distribute a Controlled Substance

1. The allegations of Count One of this Superseding Criminal Information are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

2. Upon conviction of any felony offense charged in Count One of this Superseding Criminal Information,

**CARLOS LEON CABRALES, a.k.a. Miguel Angel Quintero Felix, a.k.a. "Bolas,"** defendant herein, shall forfeit to the United States of America, any property used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, Sections 841(a)(1) and 846:

    a. a Glock, Model 19 handgun, bearing serial number BDK808;

    b. a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

    c. a 12 gauge, Armscor shotgun, bearing serial number APZ14132;

    d. a RomArms, model 332, 7.62 caliber rifle, bearing serial number 10984599;

    e. any and all ammunition; and

    f. $4,979 in United States Currency

( all of which constitutes "property").

//
//
//
//
//

All pursuant to Title 21, United States Code, Sections 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(2).

DATED: this 21 day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

*Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney