1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-448-KJD-(CWH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Final Order of Forfeiture |
| | ) | |
| JUAN CARLOS SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

13   The United States District Court for the District of Nevada entered a Preliminary Order of

14   Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

15   924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code,

16   Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); and

17   Title 21, United States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by

18   defendant Juan Carlos Silva to the criminal offense, forfeiting the property set forth in the Plea

19   Agreement and shown by the United States to have the requisite nexus to the offense to which

20   defendant Juan Carlos Silva pled guilty. Superseding Criminal Information, ECF No. 129; Plea

21   Agreement, ECF No. 131; Change of Plea, ECF No. 133; Preliminary Order of Forfeiture, ECF

22   No. 136.

23   This Court finds the United States of America published the notice of forfeiture in

24   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

25   consecutively from May 9, 2016, through June 7, 2016, notifying all potential third parties; and

26   notified known third parties by personal service or by regular mail and certified mail return

receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 140.

On May 5, 2016, the United States Marshals Service personally served Amad Rashad Yarber with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 137.

On May 6, 2016, the United States Marshals Service personally served Louis C. Monti with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 142.

On May 20, 2016, the United States Attorney's Office served John Porter Giles through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 141.

On June 17, 2016, the United States Attorney's Office served John Porter Giles with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 149.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.   a Glock, Model 19 handgun, bearing serial number BDK808US;

2.   a .45 caliber, High Standard Crusader handgun, bearing serial number HS1147315;

3.   a 12 gauge, Armscor shotgun, bearing serial number AP214132;

4.   a RomArms, model 99.1, 7.62 caliber rifle, bearing serial number 10984599;

5.   any and all ammunition; and

6.   $4,979 in United States Currency

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this _5th_ day of __August__, 2016.

UNITED STATES DISTRICT JUDGE
KENT J. DAWSON